# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15cv2878 L (BLM) |
| Plaintiff, | |
| v. | ORDER ON JOINT MOTION FOR ENTRY OF FINAL JUDGMENT |
| 2.5 ACRES OF LAND, MORE OR LESS, SITUATED IN THE CITY OF SAN DIEGO, SAN DIEGO COUNTY, STATE OF CALIFORNIA, AND CITY OF SAN DIEGO, *et al.*, | |
| Defendants. | |

Upon consideration of the Combined Stipulation on Joint Motion for Entering Final Judgment brought by the United States of America and the City of San Diego, the Court finds good cause and hereby approves the Stipulation and GRANTS the Motion.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendants County of San Diego; Pacific Bell Telephone Company; San Diego Gas and Electric Company; Sweetwater Union High School; and California Department of Transportation, have disclaimed interest and are dismissed from this action Fed. R. Civ. P. 71.1(i)(2).

2. The City of San Diego holds a fee simple over the 2.5 acres taken in this matter and is the only party that has claimed an interest in the litigation.

3. The sum of One Dollar and Zero Cents ($1.00), inclusive of interest, is the just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the said interests.

4. Judgment shall be entered against the United States of America in the amount of One Dollar and Zero Cents ($1.00) in favor of Defendant, The City of San Diego.

5. The Clerk of Court shall, without further order of this Court, disburse to the City of San Diego with check payable to:

    The City of San Diego

At the following address:

    The City of San Diego
    202 C Street
    San Diego, California 92101

all sums on deposit of Registry if the Court, together with any interest earned thereon while on deposit.

6. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, and other expenses).

7. The Clerk shall enter judgment in accordance with this Order on Joint Motion.

8. Following disbursement of the above sums to The City of San Diego and entry of Judgment, this case shall be CLOSED.

**IT IS SO ORDERED.**

Dated: March 22, 2018

Hon. M. James Lorenz
United States District Judge